Trial Cause Nos: F08-51699-SY; F08-51700-PY   August 3, 2015
Court of Appeals Nos: 05-08-01487-CR; 05-08-01488-CR

Dear Clerk:

JOSUE ISRAEL GONZALEZ

Please tell me the total cost to purchase a complete copy of my trial transcripts.

How many volumes are they?

What is the cost for each volume?

What is the total cost plus postage?

Thank you!

P.S. I was once told by a clerk that a complete copy of my trial transcripts would be $50, I think, but not sure?

RECEIVED
Court of Appeals

AUG 12 2015

Lisa Matz
Clerk, 5th District

Mr. Josue Israel Gonzalez #1539864
Stiles Unit
3060 FM 3514
Beaumont, Texas
77705

NORTH HOUSTON TX 773
06 AUG 2015 PM 8 L

7520266.3124

5th Court of Appeals
(District Clerk)
TO: 600 Commerce St., 2nd floor
Dallas, Texas 75202-4658

Legal Mail.